# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,** <br><br>**Plaintiff,** <br><br>v. <br><br>**MAGELLAN FINANCIAL INC.**, *et al.*, <br><br>**Defendants.** | 1:14-cv-0026-LJO-BAM <br><br>**ORDER RE VOLUNTARY DISMISSAL (DOC. 11)** |

On March 18, 2015, Plaintiff filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 11. Accordingly, this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

    Dated:   **April 1, 2015**            /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE